UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NORTH CAROLINA – NORTHERN DIVISION

FILE NO. 2:18-MJ-1092-BO

UNITED STATES OF AMERICA

Vs.

ORDER

CHRISTOPHER H. HODGES,
    Defendant

UPON MOTION of the defendant and for good cause shown, the defendant's Motion for Return of License is hereby granted and the Clerk is directed to mail the defendant's license to him at 115 Jay Trail, Murfreesboro NC 27855.

SO ORDERED.

3 Oct. 2018

*Terrence Boyle*
United States District Court Judge